

## Cook County
## Clerk of the Circuit Court
### Electronic Docket Search
Chancery, Domestic/Child Support, **Civil and Law** Divisions

| Case Information Summary for Case Number |
| --- |
| 2021-CH-01295 |

Filing Date: 03/17/2021
Division: Chancery Division
Ad Damnum: $0.00

Case Type: CLASS ACTION
District: First Municipal
Calendar: 08

### Party Information

**Plaintiff(s)**

STALLWORTH MELINDA

**Attorney(s)**

CHICAGO CONSUMER LAW
CENT
33 N DEARBORN ST STE
CHICAGO IL, 60602
(312) 858-3239

**Defendant(s)**
MIDLAND CREDIT
MANAGEMENT

**Defendant Date of Service**

**Attorney(s)**

### Case Activity

Activity Date: 03/17/2021

Participant: STALLWORTH MELINDA

CLASS ACTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/17/2021

Participant: STALLWORTH MELINDA

EXHIBITS FILED

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/17/2021

Participant: STALLWORTH MELINDA

EXHIBITS FILED

Attorney: CHICAGO CONSUMER LAW
CENT

EXHIBIT 1

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

EXHIBITS FILED

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

EXHIBITS FILED

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

SUMMONS ISSUED AND RETURNABLE

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

MOTION TO APPOINT SPECIAL PROCESS SERVER

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

MEMORANDUM IN SUPPORT OF MOTION FILED

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MELINDA

MOTION FILED

Attorney: CHICAGO CONSUMER LAW
CENT

Activity Date: 03/18/2021                              Participant: STALLWORTH MEL NDA

APPOINT SPECIAL DEPUTY - ALLOWED -

Court Room: 2510                                      Judge: MULLEN, MICHAEL TULLY

Activity Date: 03/18/2021                              Participant: STALLWORTH MEL NDA

MOTION TO - ALLOWED -

Court Room: 2510                                      Judge: MULLEN, MICHAEL TULLY

EXHIBIT 1

Activity Date: 03/18/2021                    Participant: STALLWORTH MELINDA

CASE SET ON CASE MANAGEMENT CALL

Date: 07/16/2021                    Judge: MULLEN, MICHAEL TULLY
Court Time: 1000                    Attorney: CHICAGO CONSUMER LAW
Court Room: 2510                    CENT

Back to Top
_____

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

EXHIBIT 1

Return Date: No return date scheduled
Hearing Date: 7/16/2021 10:00 AM - 10:00 AM
Courtroom Number: 2510
Location: District 1 Court
Cook County, IL

**12-Person Jury**

FILED
3/17/2021 6:27 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

FILED DATE: 3/17/2021 6:27 PM  2021CH01295

| | | |
|---|---|---|
| MELINDA STALLWORTH, individually and on behalf of all others similarly situated, | ) ) ) | 12616332 |
| | ) | |
| Plaintiff, | ) | Case No. 2021CH01295 |
| v. | ) ) | |
| MIDLAND CREDIT MANAGEMENT, INC. | ) ) ) | CLASS ACTION |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

### CLASS ACTION COMPLAINT

Plaintiff Melinda Stallworth, individually and on behalf of all others similarly situated, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Illinois Collection Agency Act, 225 ILCS 425/1 *et seq.* ("ICAA"), for a finding that Defendant Midland Credit Management, Inc.'s actions violated the FDCPA and the ICAA, and to recover damages for Defendant's violations thereof, and alleges:

### NATURE OF THE CASE

1.      The FDCPA is a broad, remedial statute that prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and the use of any false or deceptive statements in connection with debt collection attempts.

2.      In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy." 15 U.S.C. §1692(a).

1

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

3.     Moreover, Congress has explicitly described the FDCPA as regulating "abusive practices" in debt collection. 15 U.S.C. §§ 1692(a) – 1692(e). Any person who receives a debt collection letter containing a violation of the FDCPA is a victim of abusive practices. *See* 15 U.S.C. §§ 1692(e) ("It is the purpose of this subchapter to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses").

4.     To this end, the FDCPA encourages consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

5.     Because of this, courts have held that "the FDCPA's legislative intent emphasizes the need to construe the statute broadly, so that we may protect consumers against debt collectors' harassing conduct" and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F. Supp. 2d 1035, 1042 (N.D. Ill. 2008).

6.     Plaintiff seeks to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. § 1692 *et seq.*

7.     "An action to enforce any liability created by [the FDCPA] may be brought in any appropriate United States district court without regard to the amount in controversy, **or in any other court of competent jurisdiction,** within one year from the date on which the violation occurs." 15 U.S.C. § 1692k(d). (emphasis added).

8.     The ICAA reflects a determination by the state legislature that, "The practice as a collection agency by any entity in the State of Illinois is hereby declared to affect the public health, safety and welfare and to be subject to regulation and control in the public interest. It is

2

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

further declared to be a matter of public interest and concern that the collection agency profession merit and receive the confidence of the public and that only qualified entities be permitted to practice as a collection agency in the State of Illinois. This Act shall be liberally construed to carry out these objects and purposes. . . . It is further declared to be the public policy of this State to protect consumers against debt collection abuse." 225 ILCS 425/1a.

9.      A private right of action exists for violations of the ICAA. *Sherman v. Field Clinic*, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

## JURISDICTION AND VENUE

10.      Jurisdiction over Defendant is proper under 735 ILCS 5/2-209(a)(l) (transaction of any business within this State), section 2-209(b)(4) (corporation doing business within this State), and section 2-209(c) (any other basis now or hereafter permitted by the Illinois Constitution and the Constitution of the United States).

11.      Venue is proper in this County pursuant to 735 ILCS 5/2-101, because this is the county in which the transactions and occurrences at issue, or some part thereof, occurred. In addition, Defendant regularly does business in this County and has a registered agent located in Illinois. 735 ILCS 5/2-102(a).

12.      Pursuant to General Order No. 1.2 of the Circuit Court of Cook County, this action is properly before the Chancery Division of the County Department because it is a putative Class Action.

## PARTIES

13.      Plaintiff Melinda Stallworth was a resident and citizen of the State of Illinois during all times relevant to this complaint.

14.      Defendant Midland Credit Management, Inc. ("Midland") is incorporated in

3

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM  2021CH01295

Kansas and is a debt collector with its principal place of business located in San Diego, California.

15.  Defendant Midland acts as a debt collector as defined by § 1692a(6) of the FDCPA because it uses the instrumentalities of interstate commerce including the telephone and/or the mails in its business, the principal purpose of which is the collection of defaulted consumer debts.

16.  Defendant Midland also acts as a debt collector as defined by § 1692a(6) of the FDCPA as it regularly attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

17.  Defendant Midland is also licensed as a collection agency with the Illinois Department of Financial and Professional Regulation.

## FACTUAL ALLEGATIONS

18.  Midland claims that Plaintiff incurred a debt for a Capital One credit card account purportedly owed for personal, family or household purposes ("alleged debt").  The alleged debt is thus a "debt" as that term is defined at § 1692a(5) of the FDCPA.

19.  Midland claims that Plaintiff failed to pay the alleged debt, and that the account entered default.

20.  Midland claims that it purchased the alleged debt from Capital One Bank, N.A. after it had entered default and is the current owner of the alleged debt.

21.  Midland began attempting to collect the alleged debt from Plaintiff and sent her a collection letter on or about February 1, 2021. (Exhibit A, Collection Letter).

22.  The Letter conveyed information regarding the alleged debt, including an account number and balance due on the alleged debt.

4

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

23.     The Letter was thus a "communication" as that term is defined at § 1692a(2) of the FDCPA.

24.     The Letter presented three separate offers to settle Plaintiff's alleged debt:

| Option 1*: **10% OFF** Payment Due Date: 3/3/2021 | You Pay Only **$3,476.21** |
|---|---|
| Option 2**: **5% OFF** First Payment Due Date: 3/3/2021 | 6 Monthly Payments of Only **$611.55** |
| Option 3: **Monthly Payments As Low As:** Call today to discuss your options and get more details. | **$50 per month** |

25.     The Letter additionally stated that the offer expired on March 3, 2021.

26.     Next to these offers in the letter, Midland stated:

**STOP our calls by selecting one of these 3 options**

**(Exhibit A, Collection Letter)**

27.     This statement implies that the only way the consumer can force Midland to cease communication is through accepting one of the settlement offers listed in the letter.

28.     This is a false and misleading statement as the FDCPA requires debt collectors to cease communications when a consumer provides them a written demand to cease communication.

29.     15 U.S.C. § 1692c(c) of the FDCPA provides in relevant part:

**§ 1692c. Communication in connection with debt collection**

**(c) Ceasing communication**

**If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the**

5

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM  2021CH01295

consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—

(1) to advise the consumer that the debt collector's further efforts are being terminated;

(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

If such notice from the consumer is made by mail, notification shall be complete upon receipt.

30.     This statement by Midland was made to Plaintiff, and members of the putative class, to cause them to falsely believe that the only way to stop relentless collection calls by the Defendant was through paying the alleged debt.

31.     This statement was also made to give Midland an unfair advantage, by causing consumers to believe they would need to pay the alleged debt, even if it were disputed, simply to cause Midland's relentless calls to cease, when legal protections exist.

32.     15 U.S.C. § 1692e of the FDCPA provides in relevant part:

**False or misleading representations**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:** . . .

**(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

33.     Defendant violated 15 U.S.C. § 1692e and 1692e(10) by making false, deceptive and misleading statements to Plaintiff and members of the putative class.

34.     15 U.S.C. § 1692f of the FDCPA provides in relevant part:

6

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

**Unfair practices**

**A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.**

35.     Defendant violated § 1692f by sending Plaintiff a collection letter that falsely and deceptively implied that the only way to cease communications with Defendant was to enter into one of the time-sensitive settlement options.

36.     Consumers receiving Defendant's form collection letter are left believing that the only way to "stop the calls" is to accept one of Midland's settlement offers.

37.     The fact that the Letter states that the offer expires "3/3/2021" adds additional pressure to a consumer, as Midland leads them to believe that if they do not accept one of the offers by this date, Midland's calls will continue, regardless of any other action the consumer takes.

38.     The Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  *See Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

<u>**COUNT I**</u>
<u>**FAIR DEBT COLLECTION PRACTICES ACT**</u>

39.     Plaintiff re-alleges the preceding paragraphs as is set forth fully in this Count.

40.     Defendant violated 15 U.S.C. § 1692e and 1692e(10) by making false, deceptive and misleading statements to Plaintiff and members of the putative class.

41.     Defendant violated § 1692f by sending Plaintiff a collection letter that falsely and deceptively implied that the only way to cease communications with Defendant was to enter into one of the time-sensitive settlement options.

<u>**COUNT II**</u>
<u>**ILLINOIS COLLECTION AGENCY ACT**</u>

7

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

42.     Plaintiff re-alleges the above paragraphs as if set forth fully in this Count.

43.     Defendant falsely implied that the only way to cease its phone calls was to accept one of the proposed settlement offers by the deadline, in violation of 225 ILCS 425/9(a)(24) and 225 ILCS 425/9(a)(35) of the Illinois Collection Agency Act.

## CLASS ALLEGATIONS

44.     Plaintiff brings these claims on behalf of the following classes:

**COUNT I - FDCPA Class:**

The FDCPA class consists of: (a) all individuals with Illinois addresses; (b) who were sent a collection letter, by or on behalf of Midland Credit Management, Inc., in the form represented by Exhibit A to Plaintiff's Class Action Complaint; (c) to collect a consumer debt allegedly originally owed to Capital One Bank, N.A.; (d) that was sent on or after a date one year prior to the filing of this action under the FDCPA; and (e) that was not returned as undeliverable by the postal service.

**COUNT II - ICAA Class:**

The ICAA class consists of: (a) all individuals with Illinois addresses; (b) who were sent a collection letter, by or on behalf of Midland Credit Management, Inc., in the form represented by Exhibit A to Plaintiff's Class Action Complaint; (c) to collect a consumer debt allegedly originally owed to Capital One Bank, N.A.; (d) that was sent on or after a date five years prior to the filing of this action under the ICAA; and (e) that was not returned as undeliverable by the postal service.

45.     Plaintiff may alter the class definitions to conform to developments in the case and discovery.

46.     The proposed classes meet all requirements under 735 ILCS 5/2-801.

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM 2021CH01295

47. **Numerosity:** Upon information and belief, the Classes are so numerous that joinder of all individual plaintiffs would be impracticable. The exact number of members of the Classes are presently unknown and can only be ascertained through discovery because that information is exclusively in the possession of the Defendant. However, it is reasonable to infer that more than 40 Illinois consumers received a letter materially identical to Exhibit A hereto given that it is a form letter. Members of the Classes can be easily identified through Defendant's records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. mail, electronic mail, Internet postings, and/or published notice.

48. **Commonality and Predominance:** This action involves common questions of law and fact, which predominate over any questions affecting individual members of the Classes, including, without limitation: (a) whether the Defendant misleadingly implied that the only way to cease its phone calls was through selecting a settlement option; and (b) whether such communications violate the FDCPA (as to Count I) and ICAA (as to Count II).

49. **Adequacy of Representation:** Plaintiff is an adequate representative of the Classes because her interests do not conflict with the interests of the members of the Classes she seeks to represent and she intends to prosecute this action vigorously. Plaintiff has retained counsel competent and experienced in class action litigation. The interests of the Classes will be fairly and adequately protected by Plaintiff and her counsel and Plaintiff's claim is typical of the claims of the class members.

50. **Appropriateness:** A class action in this case would be appropriate and superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

class action.  The damages or other financial detriment suffered by Plaintiff and members of

the Classes are relatively small compared to the burden and expense that would be required to

individually litigate their claims against Defendant, so it would be impracticable for members

of the Classes to individually seek redress for Defendant's wrongful conduct.  Individualized

litigation creates a potential for inconsistent or contradictory judgments and increases the

delay and expense to all parties and the judicial system.  By contrast, the class action device

presents far fewer management difficulties, and provides the benefits of single adjudication,

economy of scale, and comprehensive supervision by a single court.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff asks for an award in her favor and against Defendant as

follows:

| | |
|---|---|
| A. | Certification of the proposed classes; |
| B. | Designation of Plaintiff as representative of the proposed Classes and designation of Plaintiff's counsel as Class counsel; |
| C. | Actual damages pursuant to 15 U.S.C. § 1692(a)(1); |
| D. | Statutory damages pursuant to 15 U.S.C. § 1692(a)(2); |
| E. | Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C § 1692k(a)(3); |
| F. | Compensatory damages, punitive damages and attorney's fees and costs of this action as allowed under the Illinois Collection Agency Act; and |
| G. | Such other or further relief as the court deems proper. |

Respectfully Submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer

10

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

CHICAGO CONSUMER LAW CENTER, P.C.
Cook County Firm No. 62709
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

Stacy M. Bardo
Bardo Law, P.C. (Cook County Firm No. 59596)
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
Tel: (312) 219-6980
Fax: (312) 219-6981
Stacy@bardolawpc.com

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

By: /s/ Bryan Paul Thompson
One of Plaintiff's Attorneys

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

By: /s/ Bryan Paul Thompson
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
COOK COUNTY FIRM ID. NO. 62709
33 N. Dearborn St., Suite 400

11

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

Stacy M. Bardo
Bardo Law, P.C. (Cook County Firm No. 59596)
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
Tel: (312) 219-6980
Fax: (312) 219-6981
Stacy@bardolawpc.com

12

EXHIBIT 1

Return Date: No return date scheduled
Hearing Date: 7/16/2021 10:00 AM - 10:00 AM
Courtroom Number: 2510
Location: District 1 Court
    Cook County, IL

FILED
3/17/2021 6:27 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

12616332

FILED DATE: 3/17/2021 6:27 PM   2021CH01295

Chancery Division Civil Cover Sheet
General Chancery Section

(12/01/20) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

Melinda Stallworth
                                  Plaintiff
            v.
Midland Credit Management, Inc.
                                Defendant

Case No: 2021CH01295

## CHANCERY DIVISION CIVIL COVER SHEET
## GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

**Only one (1) case type may be checked with this cover sheet.**

| | | | | | |
|---|---|---|---|---|---|
| 0005 | ☐ Administrative Review | | 0017 | ☐ | Mandamus |
| 0001 | ☑ Class Action | | 0018 | ☐ | Ne Exeat |
| 0002 | ☐ Declaratory Judgment | | 0019 | ☐ | Partition |
| 0004 | ☐ Injunction | | 0020 | ☐ | Quiet Title |
| | | | 0021 | ☐ | Quo Warranto |
| 0007 | ☐ General Chancery | | 0022 | ☐ | Redemption Rights |
| 0010 | ☐ Accounting | | 0023 | ☐ | Reformation of a Contract |
| 0011 | ☐ Arbitration | | 0024 | ☐ | Rescission of a Contract |
| 0012 | ☐ Certiorari | | 0025 | ☐ | Specific Performance |
| 0013 | ☐ Dissolution of Corporation | | 0026 | ☐ | Trust Construction |
| 0014 | ☐ Dissolution of Partnership | | 0050 | ☐ | Internet Take Down Action (Compromising Images) |
| 0015 | ☐ Equitable Lien | | | | |
| 0016 | ☐ Interpleader | | | ☐ Other (specify) _____ | |

● Atty. No.: 62709 ⦿ Pro Se 99500

Atty Name: Bryan Thompson

Atty. for: Plaintiff, Melinda Stallworth

Address: 33 N. Dearbon St. Suite 400

City: Chicago        State: IL

Zip: 60602

Telephone: 312-858-3239

Primary Email: Bryan.Thompson@cclc-law.com

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

EXHIBIT 1

Return Date: No return date scheduled
Hearing Date: 9/14/2021 9:30:00 AM
Courtroom Number: 2510
Location: District 2 Court
Cook County, IL

FILED DATE: 3/17/2021 6:27 PM 2021CH01295

| Original Creditor | CAPITAL ONE BANK (USA), N.A. |
| Current Owner | Midland Credit Management Inc. |
| Original Account Number | XXXXXXXXXX |
| MCM Account Number | |
| Current Balance | $3,862.45 |

3/17/2021 6:27 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01295
12616332

Melinda L. Stallworth          P28 T792 021

Chicago, IL 60617-3708

You are pre-approved for a 10% discount.
Reply Now! MidlandCredit.com
877-653-5260

### Choose The Option That Works For You.

RE CAPITAL ONE BANK (USA), N.A.

Dear Melinda,

Congratulations! You have been **pre-approved** for options designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

| Option 1*:  10% OFF | You Pay Only |
| Payment Due Date: 3/3/2021 | $3,476.21 |

| Option 2**:  5% OFF | 6 Monthly Payments of Only |
| First Payment Due Date: 3/3/2021 | $611.55 |

| Option 3: Monthly Payments As Low As: | |
| Call today to discuss your options and get more details. | $50 per month |

**Benefits of Paying!**

Save Up To:
$386.25

STOP our calls by selecting one of these 3 options

This offer expires
3/3/2021

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Division Manager

MidlandCredit.com
877-653-5260

Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

We are not obligated to renew any offers provided.

🖥 MidlandCredit.com          📱 877-653-5260          Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

### PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Receive this
10% DISCOUNT OFFER
when payment is made
on or before
3/3/2021

**RECEIVE THIS DISCOUNT** WITH YOUR PAYMENT ON OR BEFORE ▶  | 3/3/2021 |

RETURN this slip with payment in the envelope provided to receive this limited-time discount offer.

Total Enclosed:   $          .

| Account Number | 7611 |
| Current Balance | $3,862.45 |
| DISCOUNTED Amount: | $3,476.21 |

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

7202731

EXHIBIT 1

FILED DATE: 3/17/2021 6:27 PM 2021CH01295

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | ___7611 |
| Original Account Number | xxxxxxxxxxxxx7817 | Charge-Off Date | 7/10/2019 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: | Physical Payments for Colorado Residents: |
|---|---|---|
| Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-653-5260 | Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| | | | | |
|---|---|---|---|---|
| Street Address | | | | |
| City | | State | ZIP | |
| Email | | Cell Phone | | |
| Work Phone | | Home Phone | | |

EXHIBIT 1

FILED
3/18/2021 9:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01295

12619055

# EXHIBIT A

EXHIBIT 1



FILED DATE: 3/18/2021 9:08 AM 2021CH01295

**MCM** Midland Credit Management®
350 Camino De La Reina
Suite 100
San Diego, CA 92108
2/1/2021

| Original Creditor | CAPITAL ONE BANK (USA), N.A. |
| Current Owner | Midland Credit Management, Inc. |
| Original Account Number | XXXXXXXXXXXX7817 |
| MCM Account Number | 7611 |
| Current Balance | $3,862.45 |

Melinda L. Stallworth     P28 T792 021
Chicago, IL 60617-3708

You are pre-approved for a 10% discount!
Reply Now! MidlandCredit.com
877-653-5260

**Choose The Option That Works For You.**

RE CAPITAL ONE BANK (USA), N.A.

Dear Melinda,

Congratulations! You have been **pre-approved** for options designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

| Option 1*: | 10% OFF | You Pay Only |
| Payment Due Date: 3/3/2021 | | $3,476.21 |

| Option 2**: | 5% OFF | 6 Monthly Payments of Only |
| First Payment Due Date: 3/3/2021 | | $611.55 |

| Option 3: | Monthly Payments As Low As: | |
| Call today to discuss your options and get more details. | | $50 per month |

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*

Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

**Benefits of Paying!**

Save Up To:
$386.25

STOP our calls by selecting one of these 3 options

This offer expires
3/3/2021

MidlandCredit.com
877-653-5260

Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

We are not obligated to renew any offers provided.

**MidlandCredit.com**     **877-653-5260**     Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

Receive this 10% DISCOUNT OFFER when payment is made on or before 3/3/2021

**RECEIVE THIS DISCOUNT** WITH YOUR PAYMENT ON OR BEFORE    3/3/2021

RETURN this slip with payment in the envelope provided to receive this limited-time discount offer.

Total Enclosed:     $     .

Account Number     7611
Current Balance     $3,862.45
DISCOUNTED Amount:     $3,476.21

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

7202731     DQE7

EXHIBIT 1

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | ____7611 |
| Original Account Number | xxxxxxxxxxx7817 | Charge-Off Date | 7/10/2019 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: | Physical Payments for Colorado Residents: |
|---|---|---|
| Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-653-5260 | Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

---

DPRODA

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| | |
|---|---|
| Street Address | |
| City | State ____ ZIP ____ |
| Email | Cell Phone |
| Work Phone | Home Phone |

EXHIBIT 1

FILED DATE: 3/18/2021 9:15 AM   2021CH01296

FILED
3/18/2021 9:15 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

12619207

# EXHIBIT A

EXHIBIT 1



FILED DATE: 3/18/2021 9:15 AM  2021CH01295

**MCM** Midland Credit Management®

350 Camino De La Reina
Suite 100
San Diego, CA 92108

2/1/2021

Original Creditor: **CAPITAL ONE BANK (USA), N.A.**
Current Owner: Midland Credit Management, Inc.
Original Account Number: XXXXXXXXXX7817
MCM Account Number: 7611
Current Balance: $3,862.45

Melinda L. Stallworth    P28 T792 021

Chicago, IL 60617-3708

You are pre-approved for a 10% discount!
Reply Now! MidlandCredit.com
**877-653-5260**

Choose The Option That Works For You.

**Benefits of Paying!**

RE CAPITAL ONE BANK (USA), N.A.

Dear Melinda,

Congratulations! You have been pre-approved for options designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

**Save Up To:**
**$386.25**

| Option 1*: | 10% OFF | You Pay Only |
| Payment Due Date: | 3/3/2021 | $3,476.21 |

STOP our calls by selecting one of these 3 options

| Option 2**: | 5% OFF | 6 Monthly Payments of Only |
| First Payment Due Date: | 3/3/2021 | $611.55 |

| Option 3: | Monthly Payments As Low As: | |
| Call today to discuss your options and get more details. | | $50 per month |

This offer expires 3/3/2021

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*

MidlandCredit.com
**877-653-5260**

Division Manager

Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

We are not obligated to renew any offers provided.

📱 MidlandCredit.com    📞 877-653-5260    ✉️ Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Receive this 10% DISCOUNT OFFER when payment is made on or before 3/3/2021

**RECEIVE THIS DISCOUNT** WITH YOUR PAYMENT ON OR BEFORE ▶ 3/3/2021

RETURN this slip with payment in the envelope provided to receive this limited-time discount offer.

Total Enclosed: $ .

Account Number: 7611
Current Balance: $3,862.45
DISCOUNTED Amount: $3,476.21

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

7202731

EXHIBIT 1

FILED DATE: 3/18/2021 9:15 AM   2021CH01295

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | ▓7611 |
| Original Account Number | xxxxxxxxxxxx7817 | Charge-Off Date | 7/10/2019 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: | Physical Payments for Colorado Residents: |
|---|---|---|
| Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-653-5260 | Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| | |
|---|---|
| Street Address | |
| City | State | ZIP |
| Email | Cell Phone |
| Work Phone | Home Phone |

EXHIBIT 1